UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DARON LEE JUNGERS,<br>a/k/a "sexymd2spoilu@yahoo.com,"<br>a/k/a "Josh Broden,"<br><br>       Defendant. | CR. 11-40018<br><br>**DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL** |

Pursuant to Federal Rule of Criminal Procedure 29(c), the defendant, Daron Lee Jungers, respectfully renews his motion for judgment of acquittal (Doc. 39) and requests that judgment of acquittal be entered by this Honorable Court for the reasons expressed in his previous motion and brief. The defendant intends to file a reply brief to the government's responsive brief filed on October 26, 2011 (Doc. 52).

Dated this 3rd day of November, 2011.

            **BUTLER LAW OFFICE**
             Michael J. Butler
             100 S. Spring Ave, Suite 210
             Sioux Falls, SD 57104
             (605) 331-4417

            **JOHNSON, HEIDEPRIEM & ABDALLAH LLP**

            **BY** */s/ Ronald A. Parsons, Jr.*
             Ronald A. Parsons, Jr. (ron@jhalawfirm.com)
             P.O. Box 2348
             Sioux Falls, SD 57101-2348
             (605) 338-4304

            *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **Defendant's Renewed Motion for Judgment of Acquittal** was served via electronic notice upon the following:

Jeff.Clapper@usdoj.gov

on this 3rd day of November, 2011.

              */s/ Ronald A. Parsons, Jr.*
              Ronald A. Parsons, Jr.